# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOATH HAMZA AHMED AL ALWI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Case No. 05-2223 (RJL) |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## FINAL JUDGMENT
(January **9**, 2009)

For the reasons set forth in this Court's public Memorandum Order of December 30, 2008 and for the reasons set forth in this Court's Classified Memorandum Opinion of January 9, 2009, it is hereby

**ORDERED** that Petitioner Moath Hamza Amhed Al Alwi's petition for a writ of habeas corpus is **DENIED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge